AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

2004 JUN -9 P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| BANKNORTH, N.A. | ROLAND W. JANVRIN, ET AL. | **SUMMONS IN A CIVIL CASE** |
|---|---|---|
| | V. | CASE NUMBER: |

**04  10995 MLW**

**TO:** (Name and address of defendant)

ROLAND W. JANVRIN
12 1/2 FAIR STREET
NEWBURYPORT, MASSACHUSETTS 01950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID S. SMITH, ESQ.
CIANCIULLI & OUELLETTE
163 CABOT STREET
BEVERLY, MASSACHUSETTS 01915

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

MAY 18 2004
DATE