AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

## UNITED STATES DISTRICT COURT
### District of Massachusetts
Docket/Case No: 04-10995MLW

I hereby certify and return that today, May 20, 2004, at 6:17 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Roland Janvrin, by leaving said copies with Barbara, mother, at 12 1/2 Fair Street, Newburyport, MA 01950 his/her last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Roland Janvrin, at 12 1/2 Fair Street, Newburyport, MA 01950. Other documents included: First set of interrogatories to be answered by the Defendant

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 20, 2004.

Christopher P. Chigas, Process Server
& Disinterested Person over Age 18.    Total Fees: $45.75

**Capitol Constable Service**
10 Lowell Street
P.O. Box 3315
Peabody, MA 01960-5412
800-977-0427 978-977-0427 Business
978-977-0122 FAX
mailto: capitol@constableservice.com
http://constableservice.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                                Signature of Server

                                                        _____
                                                        Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.