UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BANKNORTH, N.A.<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)  C.A. No. 04-10995 MLW<br>) |
| M/V CHRIS ANTHONY (O.N. 626813)<br>    her engines, boilers, tackle<br>    and appurtenances, including but not<br>    limited to her federal<br>    fishing permits and history, *in rem*, and<br><br>ROLAND W. JANVRIN, *in personam*<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*Filed stamp: 2004 JUL -1 A 11:33  U.S. DISTRICT COURT  DISTRICT OF MASS.*

### PLAINTIFF'S REQUEST FOR 55(a) DEFAULT

NOW COMES the Plaintiff, Banknorth, N.A. to respectfully request that the Clerk enter a default against Roland W. Janvrin. In support of this request, the Plaintiff states that the Roland W. Janvrin was served with a copy of the Plaintiff's Verified Complaint at his last and usual abode on May 20, 2004 as demonstrated by the Return of Service. The Defendant has failed to plead or otherwise defend as provided by the Rules. Therefore, the Defendant, Roland W. Janvrin must have a default entered against him pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,
Banknorth, N.A.
By his attorney

_____
Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

### CERTIFICATE OF SERVICE

I, David S. Smith, attorney for the Plaintiff herein, hereby certify that I caused to have served a copy of the foregoing document upon the Defendant, Roland W. Janvrin at 12 ½ Fair Street, Newburyport, Massachusetts 01950 by regular mail, postage prepaid, this 29th day of June, 2004.

_____
David S. Smith