## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BANKNORTH, N.A.
                    Plaintiff(s)                                    CIVIL ACTION
                                                                   NO.  04-10995-MLW

                    V.

M/V CHRIS ANTHONY and ROLAND JANVRIN

### NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , BANKNORTH, N.A.,  for an order of Default for

failure of the Defendant(s), ROLAND JANVRIN, to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant

has been defaulted this 13TH  day of JULY ,  2004.


                                        TONY ANASTAS, CLERK


                            By:    /s/ Dennis O'Leary
                                   Deputy Clerk

Notice mailed to:


(default.not - 10/96)                                                            [ntcdflt.]