UNITED STATES DISTRICT COURT
DISTRICT OF MASSSACHUSETTS

| | | |
|---|---|---|
| BANKNORTH, N.A., )<br>    Plaintiff, )<br> ) | | |
| v. ) | CIVIL ACTION | |
| ) | NO.: 04-10995-MLW | |
| ROLAND JANVRIN, )<br>    Defendant. ) | | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLY WITH
STANDING ORDER REGARDING DEFAULT JUDGMENT**

NOW COMES, the Plaintiff, BankNorth, N.A. by and through its attorney to respectfully request that this Honorable Court extend the time to comply with the Standing Order Regarding Motions for Default Judgment by an additional 30 days. In support of this request, the Plaintiff states the following:

1. On August 11, 2004, the Defendant contacted Plaintiff's attorney to discuss possible resolution of this matter. See Affidavit of David S. Smith, Esq.

2. This was the first time the Plaintiff's Counsel has received any contact from the Defendant. See Affidavit of David S. Smith, Esq.

3. Since discussions have begun in an attempt to resolve this matter, it would be beneficial to the parties to allow the parties one continuance to the thirty day deadline pursuant to the standing order for filing a motion for default judgment.

4. Obviously, if a settlement could be reached, the Defendant may be able to avoid having a Judgment entered against him.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court allow the Plaintiff 30 additional days to file the appropriate Motion for default judgment.

Respectfully submitted,
BankNorth, N.A.
By its attorney

/s/ David S. Smith

_____
David S. Smith, Esq.
BBO No.: 634865
Cianciulli & Ouellette
163 Cabot Street
Beverly, Massachusetts 01915
(978) 922-9933

CERTIFICATE OF SERVICE

    I, David S. Smith, attorney for the plaintiff herein, hereby certify that I caused to have served a copy of the foregoing document along with the Affidavit of David S. Smith, Esq. served upon the Roland Janvrin at 12 ½ Fair Street, Newburyport, Massachusetts by regular mail postage prepaid this 12th day of August, 2004.

/s/ David S. Smith

_____
David S. Smith