UNITED STATES DISTRICT COURT
DISTRICT OF MASSSACHUSETTS

| | |
|---|---|
| BANKNORTH, N.A.,           )<br>          Plaintiff,       )<br>                              )<br>v.                            )<br>                              )<br>ROLAND JANVRIN,     )<br>          Defendant.     ) | CIVIL ACTION<br>NO.: 04-10995-MLW |

**AFFIDAVIT OF DAVID S. SMITH, ESQ.**

1. I am an attorney in good standing and admitted to practice in the Commonwealth of Massachusetts, State of Maine, United States District Court for the Districts of Massachusetts and Maine, and the United States Court of Appeals for the First Circuit.

2. I am the attorney of record for the Plaintiff herein.

3. On August 11, 2004, I was contacted by telephone by Roland Janvrin. This was the first contact I had had with the Plaintiff since filing suit and serving the Defendant. He indicated a willingness to resolve this situation short of a default judgment.

4. In the spirit of cooperation, I agreed to hold file the accompanying motion to request a thirty day extension to filing a motion for default judgment. This is a one time extension.

5. Thirty days will allow the parties more than sufficient time to ascertain whether a resolution is possible, and if not, allow the Plaintiff appropriate time to file its motion for default judgment along with supporting affidavits.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12TH DAY OF AUGUST, 2004.

/s/ David S. Smith
_____
DAVID S. SMITH, ESQ.