UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BANKNORTH, N.A. )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>M/V CHRIS ANTHONY (O.N. 626813) )<br>  her engines, boilers, tackle )<br>  and appurtenances, including but not )<br>  limited to her federal )<br>  fishing permits and history, *in rem*, and )<br> )<br>ROLAND W. JANVRIN, *in personam* )<br>   Defendants. ) | C.A. No. 04-10995 MLW |

**PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT PURSUANT TO
RULE 55(b) AS TO ROLAND W. JANVRIN**

NOW COMES the Plaintiff, Banknorth, N.A. to respectfully request that the Clerk enter a default judgment against Roland W. Janvrin. In support of this request, the Plaintiff states that the Roland W. Janvrin was served with a copy of the Plaintiff's Verified Complaint at his last and usual abode on May 20, 2004 as demonstrated by the Return of Service. The Defendant has failed to plead or otherwise defend as provided by the Rules. The sum that is owed by the Defendant to the Plaintiff based upon the verified complaint is $23,987.22 in principal and interest plus an additional $1813.25 in attorneys fees and costs. See Exhibit "A" attached hereto. Therefore, the Defendant, Roland W. Janvrin must have a default judgment entered against him pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. As part of the Judgment, the Plaintiff requests that this Honorable Court enter an Order instructing the Defendant, Roland W. Janvrin to inform the Plaintiff as to the whereabouts of M/V CHRIS ANTHONY (O.N.626813).

        Respectfully submitted,
        **Banknorth, N.A.**
        By his attorney

        /s/ David S. Smith
        _____
        David S. Smith, Esquire
        BBO No.: 634865
        Cianciulli and Ouellette
        163 Cabot Street
        Beverly, MA 01915
        Tel: (978) 922-9933

## CERTIFICATE OF SERVICE

    I, David S. Smith, attorney for the Plaintiff herein, hereby certify that I caused to have served a copy of the foregoing document upon the Defendant, Roland W. Janvrin at 12 ½ Fair Street, Newburyport, Massachusetts 01950 by regular mail, postage prepaid, this 5th day of October, 2004.

        /s/ David S. Smith
        _____
        David S. Smith