UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BANKNORTH, N.A. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10995- MLW |
| | ) | |
| M/V CHRIS ANTHONY (O.N. 626813) | ) | |
|   her engines, boilers, tackle | ) | |
|   and appurtenances, including but not | ) | |
|   limited to her federal | ) | |
|   fishing permits and history, *in rem*, and | ) | |
| | ) | |
| ROLAND W. JANVRIN, *in personam* | ) | |
|     Defendants. | ) | |

**AFFIDAVIT OF NICHOLAS PENFIELD**

I, Nicholas Penfield on behalf of Banknorth, N.A. plaintiff herein, on oath depose and say that:

1.  The Defendant is not believed to be in the military service of the United States or any of its allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, but is at present a resident of 12 ½ Fair Street, Newburyport, Massachusetts 01950.  The defendant is also not an infant or incompetent person.

2.  On or about May 16, 1999, Roland W. Janvrin executed a Preferred Mortgage of a Vessel for the M/V CHRIS ANTHONY (O.N. 626813) in the principal amount of Thirty Six Thousand One Hundred Sixty Eight and 88/100 Dollars ($36,168.88) as security for a Note.  See Exhibit "A" and "B" attached to the verified complaint.

3.  The Holder of the Note and Mortgagee of that mortgage was First & Ocean National Bank of 51 State Street, Newburyport, Massachusetts.  The Plaintiff, Banknorth, N.A. is the

successor-in-interest to First and Ocean National Bank as of December 31, 2003. See Exhibit "C" attached to the Verified Complaint.

4.  As of September 30, 2004, there is now due and unpaid on said Note and Preferred Mortgage of Vessel the principal sum of Twenty One Thousand Seven Hundred Sixty Four and 40/100 Dollars ($21,764.40), and accrued interest in the amount of Two Thousand Two Hundred Twenty Two and 82/100 Dollars ($2,222.82) for a total amount of Twenty Three Thousand Eight Hundred Three Hundred Sixty Two and 17/100 Dollars ($23,987.22), together with accrued interest at the per diem rate of Five and 96/100 Dollars ($5.96), plus costs, expenses, and attorneys' fees. To date our attorneys fees and costs have been $1,513.25 with an anticipated future attorneys fees associated with the filing of the Default Judgment in the amount of $300.00.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF SEPTEMBER, 2004.

/s/ Nicholas H. Penfield
_____
Banknorth, N.A.
By its Vice President, Nicholas H. Penfield

STATE OF MAINE
County of Cumberland

Personally appeared before me the above-named Nicholas H. Penfield known to me to be the person who signed the foregoing verification and who, having been duly sworn by me stated that he read the contents of the foregoing complaint and that the same is true to the best of his personal knowledge except where stated upon information and belief in which case he believes it to be true.

/s/ Cathleen Farmer
_____
Notary Public
My commission expires: 12/10/2004