## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BANKNORTH, N.A. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10995 MLW |
| | ) | |
| M/V CHRIS ANTHONY (O.N. 626813) | ) | |
| her engines, boilers, tackle | ) | |
| and appurtenances, including but not | ) | |
| limited to her federal | ) | |
| fishing permits and history, *in rem*, and | ) | |
| | ) | |
| ROLAND W. JANVRIN, *in personam* | ) | |
| Defendants. | ) | |

### PLAINTIFF'S VOLUNTARY DISMISSAL AS TO
### M/V CHRIS ANTHONY (O.N. 626813)

NOW COMES the Plaintiff, Banknorth, N.A. to respectfully request that this action be

dismissed pursuant to Rule 41(a) as to the M/V CHRIS ANTHONY (O.N. 626813) without

prejudice. The Plaintiff has been unable to locate the vessel and arrest her. As a result, the

Plaintiff will take action to re-file against said vessel, *in rem*, once she has been located.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court dismiss this

action without prejudice as to the Defendant M/V CHRIS ANTHONY (O.N. 626813).

Respectfully submitted,
**Banknorth, N.A.**
By his attorney

/s/ David S. Smith
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933

### CERTIFICATE OF SERVICE

I, David S. Smith, attorney for the Plaintiff herein, hereby certify that I caused to have served a copy of the
foregoing document upon the Defendant, Roland W. Janvrin at 12 ½ Fair Street, Newburyport, Massachusetts 01950
by regular mail, postage prepaid, this 5th day of October, 2004.

/s/ David S. Smith
David S. Smith