## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**BANKNORTH, N.A.**
            **Plaintiff(s)**

       v.                     **CIVIL ACTION NO. 04-10995-MLW**

**ROLAND W. JANVRIN, in personam et al**
            **Defendant(s)**

### DEFAULT JUDGMENT

**WOLF, D.J.**

      Defendant(s) **ROLAND W. JANVRIN** having failed to plead or otherwise defend in this action and its default having been entered,

      Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of **$ 21,764.40** that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of **$ 1,813.25**.

      It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant **ROLAND W. JANVRIN** the principal amount of **$ 21,764.40**, with costs in the amount of **$ 1,813.25**, with accrued interest in the amount of **$2,222.82** for a total judgment of **$ 25,800.47** with interest as provided by law.

                                                           **By the Court,**

**Dated: October 28, 2004**                                **/s/ Dennis O'Leary**
                                                                     **Deputy Clerk**

**NOTE:** The post judgment interest rate effective this date is **2.14%.**

(judge-default - 12/98)                                                                                    [dfltjgm.]